PHILLIP A. TALBERT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

**FILED**
Jul 26, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR A SEARCH WARRANT CONCERNING:<br><br>**12801 Fair Oaks Blvd, #523, Citrus Heights, California 95610** | 2:22-SW-0035-AC<br><br>**ORDER RE: REQUEST TO UNSEAL SEARCH WARRANT AND SEARCH WARRANT AFFIDAVIT** |

Upon application of the United States of America and good cause having been shown,

**IT IS HEREBY ORDERED** that the file in the above-captioned matter be, and is, hereby ordered unsealed.

DATED: July 26, 2022

_____
Hon. KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE